IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHARI NEWMAN,

      Plaintiff,                           No. CIV S-11-1780 KJM DAD

    vs.

WASHINGTON MUTUAL HOME LOANS,
d/b/a Chase Home Finance LLC; et al.,

      Defendants.                     <u>ORDER</u>

        This matter comes before the court upon defendant JPMorgan Chase Bank's (erroneously sued as Washington Mutual Home Loans) motion to dismiss, filed on July 13, 2011. (ECF 5.) Plaintiff has not filed and served an opposition or statement of non-opposition at least fourteen days preceding the hearing date of August 31, 2011 as required by Local Rule 230(c).

        Plaintiff is hereby ORDERED, within fourteen (14) days of the entry of this order, to show cause: 1) why sanctions should not be imposed against her or her counsel for failure to comply with Local Rule 230(c) and 2) why this case should not be dismissed for failure to prosecute. The August 31, 2011 hearing on defendant's motion to dismiss is hereby VACATED, to be reset if the court determines a hearing is necessary.

        IT IS SO ORDERED.

DATED: August 22, 2011.

                                                          UNITED STATES DISTRICT JUDGE